UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL CRAIGHEAD,<br><br>    Defendant. | Case No.  CR10-5116RJB<br><br>ORDER GRANTING MOTION FOR CONTINUANCE OF ARRAIGNMENT AND TRIAL |

This matter comes before the court on the above-referenced motion (Dkt. 20).  The motion is improperly made for the following reasons:

1. It was not noted in accord with Western District of Washington Local Criminal Rule 12.

2. No proposed order accompanied the motion.

3. The undersigned does not set arraignment dates on superseding indictments.  The magistrate judge sets those dates.

4. Insofar as the merits are concerned, no justification for a continuance of the trial was presented by the defendant.

5. Nothing is before the court regarding court-assisted mediation.

ORDER GRANTING MOTION FOR CONTINUANCE OF ARRAIGNMENT AND TRIAL  - 1

1    Nevertheless, the plaintiff agrees to a short continuance and provides justification.
2 Therefore, the Motion for Continuance (Dkt. 20) should be GRANTED and the clerk should set
3 new dates within the speedy trial limits.
4    IT IS SO ORDERED.
5 .   The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of
6 record and to any party appearing *pro se* at said party's last known address.
7    DATED this 1st day of April, 2010.

                                              Robert J. Bryan
                                              United States District Judge

ORDER GRANTING MOTION FOR CONTINUANCE OF ARRAIGNMENT AND TRIAL - 2