THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL D. CRAIGHEAD,<br><br>        Defendant. | NO. CR10-5116-RJB<br><br>ORDER EXTENDING TIME TO FILE DEFENDANT'S PRETRIAL MOTIONS |

THIS MATTER having come before the Court on the parties' Stipulated Motion for an Extension of Time for the filing of pretrial motions, and the Court being satisfied that good cause exists based upon the representations contained in the Stipulation,

NOW THEREFORE IT IS HEREBY ORDERED that the time for filing Defendant's pretrial motions may be extended from July 15, 2010 to July 22, 2010.

DATED this 15th day of July, 2010.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Court Judge

NO. CR10-5116RJB - [PROPOSED] ORDER EXTENDING TIME
TO FILE DEFENDANT'S PRETRIAL MOTIONS - 1

LAW OFFICES OF DAVID B. BUKEY
1501 4th Avenue, Suite 2150
Seattle, Washington 98101-3225
(206) 382-1787  Fax (206) 340-1936

Presented by:

LAW OFFICES OF DAVID B. BUKEY

/s/ David B. Bukey
David B. Bukey, WSBA No. 8091
Attorney for Defendant Craighead

Stipulated and Agreed to:

/s/ David Reese Jennings (per agreement)
David Reese Jennings
Assistant United States Attorney

NO. CR10-5116RJB - [PROPOSED] ORDER EXTENDING TIME
TO FILE DEFENDANT'S PRETRIAL MOTIONS - 2

LAW OFFICES OF DAVID B. BUKEY
1501 4th Avenue, Suite 2150
Seattle, Washington 98101-3225
(206) 382-1787 Fax (206) 340-1936