THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR10-5116RJB |
| ) | |
| v. ) | ORDER GRANTING CONTINUANCE |
| ) | OF SENTENCING |
| MICHAEL D. CRAIGHEAD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The above matter having come on before the Court on a Motion of Defendant Michael D. Craighead for a continuance of the Sentencing from the currently scheduled date of October 22, 2010, and the United States Attorney having agreed to this continuance, good cause appearing to grant the motion,

NOW, THEREFORE, IT IS HEREBY ORDERED that the sentencing date of October 22, 2010 is stricken and sentencing shall be RESET for December 10, 2010 at 11:00 a.m.

//

/

NO. CR10-5116RJB – PROPOSED ORDER GRANTING
CONTINUANCE OF SENTENCING - 1

LAW OFFICES OF DAVID B. BUKEY
1501 4th Avenue, Suite 2150
Seattle, Washington 98101-3225
(206) 382-1787  Fax (206) 340-1936

All conditions of release remain in full force and effect.

Dated this 14th day of October, 2010.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

Presented by:

LAW OFFICES OF DAVID B. BUKEY

s/s
David B. Bukey, WSBA No. 8091
Attorney for Defendant Michael Craighead
Law Offices of David B. Bukey
1501 Fourth Avenue, Suite 2150
Seattle, WA  98101-3225
Phone:  (206) 382-1787
Fax:  (206) 340-1936
Email:  bukey1@seanet.com

NO.  CR10-5116RJB – PROPOSED ORDER GRANTING CONTINUANCE OF SENTENCING - 2